UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MICHAEL RICHARD PEREIRA, Plaintiff. | Case No. 25-cv-06757-CRB (PR)<br><br>**ORDER OF DISMISSAL** |

On August 10, 2025, Michael Richard Pereira filed multiple letters complaining about the conditions of his detention at Napa State Hospital which the clerk filed as a new case. On that same date, the court notified Pereira in writing that in order to proceed with a new case he must file a complaint on the proper form and pay the appropriate filing fee or file a petition to proceed <u>in forma pauperis</u> (IFP). The court warned Pereira that failure to file the requisite items within 28 days would result in the dismissal of the case. But on August 29, 2025, the court's mail to Pereira was returned as undeliverable at Napa State Hospital.

On September 12, 2025, Pereira filed a letter explaining that he was "returned from Napa State Hospital to the Santa Clara County (DOC) Elmwood Complex" but may be released from custody to his home at "71 Pickford Ave., San Jose, CA 95127." ECF No. 8 at 1. The clerk updated Pereira's mailing address to the Santa Clara County Jail (SCCJ).

On October 1, 2025, after confirming from SCCJ's website that Pereira was no longer in custody at SCCJ, the court mailed copies of its August 10, 2025, notices to Pereira's home address at 71 Pickford Ave., San Jose, CA 95127. But more than 32 days have passed, and Pereira has not filed a complaint or paid the filing fee or filed an application to proceed IFP. This action therefore is DISMISSED without prejudice and the clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: November 4, 2025

_____
CHARLES R. BREYER
United States District Judge